UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-05975-JVS(SK) | Date | October 12, 2017 |
|---|---|---|---|
| Title | Verdell Perry v. Nancy A. Berryhill | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Marc Krause | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**  (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On August 11, 2017 Plaintiff, who is pro se, filed the instant complaint challenging Defendant's denial of social security benefits. (ECF No. 1). On August 14, 2017, the court issued an "Order Re: Procedures in Social Security Appeal," which instructed Plaintiff to serve the complaint and summons on Defendant and to file an appropriate proof of service with the court within thirty days. (ECF No. 8). As of today, however, Plaintiff has not filed a proof of service with this court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before November 13, 2017 why this action should not be dismissed for failure to prosecute and obey court orders. Plaintiff may discharge this Order to Show Cause by filing with this court a properly completed and executed proof of service, showing that they have served Defendant with their complaint and summons.

**Plaintiff is advised that the failure to file a timely response to this Order may result in the involuntary dismissal of this action for failure to comply with a court order and failure to prosecute.**