# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDELL PERRY, <br> Plaintiff, <br> v. <br> COMMISSIONER OF SOCIAL SECURITY, <br> Defendant. | CASE NO. 2:17-CV-05975-JVS (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that the Complaint and this action are dismissed.

DATED: December 11, 2017

HON. JAMES V. SELNA
U.S. DISTRICT JUDGE